IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY ROEBUCK, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA and | : | |
| ELWYN CORPORATION, | : | No. 11-2966 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **18th** day of **August**, **2011**, upon consideration of Defendant Elwyn Corporation's Motion for Summary Judgment, and for the reasons stated in this Court's Memorandum dated August 18, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion (Document No. 11) is **GRANTED**.

2. Elwyn Corporation is **DISMISSED** as a party to this action.

BY THE COURT:

_____
**Berle M. Schiller, J.**